IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02482-RPM-CBS

FIVE TREES LOT 10, LLC,
a Colorado limited liability company, and
FRANK GOLDSMITH,

    Plaintiff,

v.

DAVID GLIMCHER and
VICTORIA GLIMCHER,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to File First Amended Complaint Pursuant to FED.R.CIV.P. 15(a) (*doc. #8)* is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, the First Amended Complaint (*doc no. 8-2*) tendered to the court on December 8, 2008.

    IT IS FURTHER ORDERED that all exhibits referenced to in the First Amended Complaint were previously filed with the initial Complaint and need not be re-filed.

**DATED:**    December 9, 2008