IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02482-RPM-CBS

FIVE TREES LOT 10, LLC,
a Colorado limited liability company, and
FRANK GOLDSMITH,

    Plaintiff,

v.

DAVID GLIMCHER and
VICTORIA GLIMCHER,

    Defendants.

## ORDER

    THIS MATTER is before the Court on the Stipulation for Release of a Notice of Lis Pendens (*doc. #12*) filed by the defendants David Glimcher and Victoria Glimcher on the real property which is the subject of this action (the "Glimcher Lis Pendens") and the Court has reviewed same and is advised in the premises.

    IT IS THEREFORE ORDERED as follows:

    1.    The stipulation (instant motion) shall be and is hereby approved (granted).

    2.    Pursuant to the stipulation, the Glimcher Lis Pendens recorded on November 24, 2008 at Reception No. 554508 of the Pitkin County real property records shall be and is hereby deemed to have been released with respect to the real property described therein.

    3.    This order may be recorded in the Pitkin County real estate records to effect the release and removal of the Glimcher Lis Pendens from the real property as described above.

DATED at Denver, Colorado, this 22nd day of December, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge