IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 08-cv-02482-RPM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 10, 2009 | Courtroom Deputy: Linda Kahoe |

*Parties:*  *Counsel:*

FIVE TREES LOT 10, LLC, Matthew C. Ferguson
a Colorado limited liability company, and Chad J. Schmit
FRANK GOLDSMITH,

    Plaintiffs,

v.

DAVID GLIMCHER and Spencer T. Denison
VICTORIA GLIMCHER,

    Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

**Telephonic Status Conference**

**3:31 p.m. Court in session.**
Court calls case.  Appearances of counsel.

Discussion regarding defendant's motion [24].  Mr. Ferguson states the motion is unopposed.

**ORDERED:** Defendants' Unopposed Motion for Leave to File Amended Answer And Counterclaims and to Join Additional Counterclaim Defendant [24], is granted.

Discussion regarding document [23] Plaintiff's Amended Complaint.
Court advises counsel of Rule 15.
Mr. Denison states defendant does not oppose the filing of the Second Amended Complaint.

**ORDERED:** Plaintiff's oral motion for leave to file Second Amended Complaint [23] is granted and the Second Amended Complaint is filed as of March 10, 2009. Defendant will file a response to the Second Amended Complaint pursuant to the rules.

Counsel informs the Court that they are in agreement with deadlines.

**3:37 p.m. Court in recess.**

Hearing Concluded.  Total time in court: 36 min.

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.