IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02482-RPM-CBS

FIVE TREES LOT 10, LLC,
a Colorado limited liability company, and
FRANK GOLDSMITH,

    Plaintiff,

v.

DAVID GLIMCHER and
VICTORIA GLIMCHER,

    Defendants.

---

# ORDER

---

THIS MATTER is before the Court on the Unopposed Motion of Defendants and Counterclaim Plaintiffs David Glimcher and Victoria Glimcher for the Orders of this Court pursuant to Rules 15, 16 and 26, Federal Rules of Civil Procedure approving the parties' Stipulation Regarding Certain Discovery Agreements and Pleading Issues and granting Defendants leave to file amended counterclaims (*doc. # 66*). The Court has reviewed the Motion, the Motion is unopposed, and the Court has been advised in the premises.

IT IS ORDERED that the instant motion is GRANTED. Parties' Stipulation Regarding Certain Discovery Agreements and Pleading Issues (*doc. # 66-2*) shall be and is hereby approved and the parties shall proceed in accordance with that Stipulation.

IT IS FURTHER ORDERED that Defendants' Amended Answer to Second Amended Supplemental Complaint and First Amended Counterclaims (doc no. 66-3), tendered to the court on March 1, 2010, is accepted for filing as of the date of this order.

DATED at Denver, Colorado, this 8th day of March, 2010.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge