IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02482-RPM-CBS

FIVE TREES LOT 10, LLC, a Colorado limited liability company, and
FRANK GOLDSMITH,

    Plaintiff,
v.

DAVID GLIMCHER and
VICTORIA GLIMCHER,

    Defendants.

---

## ORDER SETTING PRETRIAL CONFERENCE

The Court having determined that a pretrial conference should now be scheduled, it is

ORDERED that a pretrial conference is scheduled for **July 29, 2010, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **July 22, 2010**. The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

    Dated: June 3rd, 2010

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch, Senior District Judge