# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. No. 08-cv-02482-RPM-CBS

FIVE TREES LOT 10, LLC, a Colorado limited liability company, and
FRANK GOLDSMITH,

Plaintiff and Counterclaim Defendants,

v.

DAVID GLIMCHER and VICTORIA GLIMCHER,

Defendants and Counterclaim Plaintiffs.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Parties' Stipulation for Dismissal with Prejudice of this action and all claims and counterclaims which have been or could have been asserted herein, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., and the Court having reviewed said stipulation and the status of this matter,

IT IS HEREBY ORDERED that the Stipulation for Dismissal with Prejudice shall be and is hereby approved and this action and all claims and counterclaims which have been or could have been asserted herein are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., with each party to bear his, her or its own attorney fees, costs and expenses.

DONE AND ENTERED THIS ___4___ day of June, 2010 at Denver, Colorado.

BY THE COURT

Richard P. Matsch
United States District Judge

2